IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02378-REB-MJW

ERMIN KRESO, M.D.,

    Plaintiff,

v.

ERIC SHINSEKI, Secretary, United States Department of Veterans Affairs, and
UNITED STATES VETERANS' ADMINISTRATION,

    Defendants.

---

### ORDER GRANTING UNOPPOSED RENEWED MOTION TO VACATE SCHEDULING/PLANNING CONFERENCE ( D.N. 6 )

---

THIS MATTER comes before the Court on the Unopposed Renewed Motion to Vacate Scheduling/Planning Conference. Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. The Scheduling/Planning Conference set for December 5, 2011, at 9 a.m., is hereby vacated.

Dated this 18th day of November, 2011.

**BY THE COURT:**

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO