**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:   May 10, 2012                             Deputy Clerk: Bernique Abiakam
                                                 Court Reporter: Terri Lindblom

Civil Action No.: 11-cv-02378-AP

ERMIN KRESO, M.D.,                               Ellen E. Stewart
                                                 Rosemary Orsini

            Plaintiff,

v.

ERIC SHINSEKI, Secretary, United States
Department of Veterans Affairs, and
UNITED STATES VETERANS
ADMINISTRATION,                                  Susan B. Prose

            Defendants.

## COURTROOM MINUTES

**Motion Hearing**

**9:29 a.m.      Court in session.**

Court calls case.  Appearances of counsel.  Also present, Mike Gurnee, agency counsel.

Preliminary remarks by the Court.

Discussion regarding Doc. No. 19.

9:30 a.m.       Argument by Ms. Orsini.

9:46 a.m.       Argument by Ms. Prose.

9:58 a.m.       Rebuttal argument by Mr. Orsini.

10:04 a.m.      Comments and ruling by the Court.

**ORDERED:      Plaintiff Dr. Kreso's Motion To Compel completion Of The Administrative Record And To Organize The Administrative Record To Allow For Adequate Review (Filed 4/30/12; Doc. No. 19) is GRANTED in PART and DENIED in PART as specified.**

**10:05 a.m.     Court in recess.**
Hearing concluded.
Time in court - 00:36