**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-2378-REB-MJW

ERMIN KRESO, M.D.,

    Plaintiff,

v.

ERIC SHINSEKI, SECRETARY, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, AND
THE UNITED STATES VETERANS' ADMINISTRATION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming Decision of Judge Robert E. Blackburn entered on 9/2/2014 it is ORDERED that the action is dismissed and Defendant ERIC SHINSEKI, Secretary, United States Department of Veterans Affairs, and THE UNITED STATES VETERANS' ADMINISTRATION is **AWARDED** his/her/its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 3rd day of September, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By: s/  T.Lee

                              T.Lee
                              Deputy Clerk